UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMUNITY FUND, et al.,<br><br>             Plaintiffs,<br><br>     v.<br><br>PAUL DAVIS, et al.,<br><br>             Defendants. | Case No. 13-02407-JCS<br><br>**ORDER TO SHOW CAUSE RE REMOVAL** |

On May 28, 2013, Defendants Paul Davis and Fedelina Roybal de Aguero ("Defendants") removed the underlying action from the Superior Court of California, County of Contra Costa to the United States District Court, Northern California.

IT IS HEREBY ORDERED that Defendants appear on July 26, 2013, at 1:30 p.m., in Courtroom G, 450 Golden Gate Ave., 15th Floor, San Franscisco, CA, and show cause why this case should not be remanded back to the Superior Court of California, County of Contra Costa for lack of federal jurisdiction. Any memorandum in support or opposition shall be filed by July 19, 2013.

IT IS SO ORDERED.

Dated: July 11, 2013

_____
Joseph C. Spero
United States Magistrate Judge