IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDELINA ROYBAL-DE-AGUERO,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO N.A.,<br><br>    Defendant. | No. C13-02407 CRB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING CASE** |

The Court has reviewed Magistrate Judge Spero's Report and Recommendation in this case. The Court finds the Report correct, well-reasoned, and thorough, and ADOPTS it in all respects. Accordingly, the Court REMANDS the case to the Superior Court of California, County of Contra Costa.

**IT IS SO ORDERED.**

Dated: July 23, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE